IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LEWIS STEIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>vs.<br><br>SCUDDER LAW FIRM,<br><br>    Defendant. | 4:22-CV-3163<br><br>ORDER |

IT IS ORDERED:

1. The defendant's unopposed motion to transfer (filing 9) is granted.

2. The Clerk of the Court shall immediately effect transfer of this case to the U.S. District Court for the Eastern District of Tennessee.

Dated this 16th day of August, 2022.

BY THE COURT:

*John M. Gerrard*
John M. Gerrard
United States District Judge