UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| LEWIS STEIN, individually and on behalf of all others similarly situated, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>SCUDDER LAW FIRM, )<br><br>*Defendant*. ) | Case No. 1:22-cv-207<br><br>Judge Travis R. McDonough<br><br>Magistrate Judge Christopher H. Steger |

## JUDGMENT ORDER

Consisted with Magistrate Judge Steger's order (Doc. 40), Plaintiffs' motion to compel nonparty Scudder Law Firm to produce documents pursuant to Rule 45 (Doc. 1) is **GRANTED IN PART** and **DENIED IN PART**. The Clerk is **DIRECTED** to **CLOSE** the case.

／s／ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
 s／ LeAnna R. Wilson
 CLERK OF COURT